IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOE HENRY SCOTT, III,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 09-00762-CG-N** |
| **G.K. FOUNTAIN CORRECTIONAL CENTER, et al,** : | |
| Defendants. : | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 22nd day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE